■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN HINDS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Bambrick, J.), rendered October 11, 1989, convicting him of criminal possession of a controlled substance in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was provided with meaningful representation of counsel *(see, People v Baldi,* 54 NY2d 137, 147). The defense

counsel made appropriate pretrial motions, vigorously cross-examined the People's witnesses, raised appropriate objections, and presented cogent opening and closing arguments *(see, People v Hewlett,* 71 NY2d 841, 842; *People v Cartagena,* 128 AD2d 797, 798). The defendant's chief complaint appears to be his failure to agree with his lawyer's trial strategy, a reason which does not constitute a cognizable claim of ineffective assistance of counsel *(see, People v Medina,* 44 NY2d 199; *People v Davis,* 161 AD2d 787, 789). Moreover, there is no indication in the record that the defense counsel failed to act in a competent and professional manner *(see, People v Davis, supra).*

The defendant's remaining contention is unpreserved for appellate review *(see,* CPL 470.05 [2]) and, in any event, is without merit. Thompson, J. P., Rosenblatt, Miller and Pizzuto, JJ., concur.